People v Guzman-Caba (2023 NY Slip Op 05106)

People v Guzman-Caba

2023 NY Slip Op 05106

Decided on October 10, 2023

Appellate Division, First Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered: October 10, 2023

Before: Renwick, P.J., Shulman, Rodriguez, Higgitt, JJ. 

SCI No. 348/14 Appeal No. 16903 Case No. 2015-2126, 2014-02382 

[*1]The People of the State of New York, Respondent,
v
Alberto Guzman-Caba, Defendant-Appellant.

An appeal having been taken to this Court by the above-named appellant from a judgment of the Supreme Court, New York County (Richard Weinberg, J.), rendered April 30, 2014.
Said appeal having been argued by counsel for the respective parties, due deliberation having been had thereon, and a decision and order of this Court having been entered on March, 23, 2023 , holding the appeal in abeyance, (214 AD3d 564), and upon the stipulation of the parties hereto dated September 26, 2023,
It is unanimously ordered that the said appeals be and the same is hereby withdrawn in accordance with the terms of the aforesaid stipulation.
ENTERED: October 10, 2023